UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BERNARD RAYMOND PEARLE VAN PELZ,<br><br>        Plaintiff,<br><br>    v.<br><br>TERN GONZALES, et al.,<br><br>        Defendants. | No. CV 12-00303-JVS (VBK)<br><br>ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE FIRST AMENDED COMPLAINT |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a _de novo_ determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge; (2) denying Plaintiff's request for a preliminary injunction; and (3) directing that Judgment be entered dismissing the First Amended Complaint, and the action, with prejudice.

DATED: November 28, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE