JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BERNARD RAYMOND PEARLE VAN PELZ, | No. CV 12-00303-JVS (VBK) |
| Plaintiff, | JUDGMENT |
| v. | |
| TERI GONZALES, | |
| Defendant. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the First Amended Complaint and entire action with prejudice.

DATED:  November 28, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE